| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>Poughkeepsie Division | PJH 9510<br>Tax ID No. 11 3178696 |

In re:

EDWARD FERTIK,

      Debtor.

Bankr. Case No.: 07-35784-cgm

Chapter 13

EDWARD FERTIK,

      Plaintiff,

v.

NAVIENT SOLUTIONS, LLC,

      Defendant.

Adv. Proc. No.: 22-09015-cgm

### ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING

    Upon consideration of the Stipulation to Dismiss Adversary Proceeding, between the Plaintiff, Edward Fertik ("the Plaintiff") and Navient Solutions, LLC, and good cause appearing, it is hereby

    **ORDERED** that the Stipulation to Dismiss Adversary Proceeding is APPROVED, and

    **ORDERED** that the instant adversary proceeding is hereby DISMISSED.



/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge

**Dated: October 11, 2022**
**Poughkeepsie, New York**